# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Michael Howell,

Plaintiff

vs.

C.O. Vansaghi
C.O. Traverse

"John Doe" Nurse
"John Doe" 2nd Shift Booking
Officers on may 30th 2022,

Defendant(s)

Case No. _____
(The case number will be assigned by the clerk)

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

[X] 42 U.S.C. §1983 (state, county or municipal defendants)

[ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

[ ] Other federal law: _____

[ ] Unknown _____

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Michael Howell

Prison Identification Number: N/A

Current address: 101 S. Capital ST. Pekin ILL, 61554

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Correctional Officer VanDaghi

Current Job Title: C/O at The Tazewell County Jail

Current Work Address: 101 South Capital ST. Pekin ILL, 61554

Defendant #2:

Full Name: Correctional Officer Travers

Current Job Title: C/O at Tazewell County Jail

Current Work Address: 101 S. Capital ST. Pekin ILL, 61554

Defendant #3:

Full Name: _____

2

Current Job Title: _____

Current Work Address: _____

Defendant #4:

Full Name: "John Doe" — Booking officer working may 30th, 2022

Current Job Title: C/O working Booking The Day of incident.

Current Work Address: 101 S. Capitol ST. Pekin ILL, 61554

Defendant #5:

Full Name: "John Doe" Nurse

Current Job Title: Nurse working on may 30th, 2022

Current Work Address: 101 S. Capitol ST. Pekin ILL, 61554

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☒   No ☐

If yes, please describe: Dr. Borsi for violating my 8th Ammendment right To Medical Attention. — Malpractice

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒   No ☐

3

C. If your answer to B is yes, how many? __2__ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number __N/A__

2. Basic claim made 1.) Living Conditions in Peoria Co. Jail
   2.) Doctor Gorbi, Tazewell Co. Jail

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is (it still pending?)) January 23 Sent off The Complaint on Gorsi - Still Pending January 26 I am gonna Send off These Two.

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒ No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed? Yes ☒ No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence: 101 South Capitol St. Tazewell County Jail

Date(s) of the occurrence: 5/30/22 - 6-3-22, 6-16-22

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

1.) On May 30th C.O. Vansaghi showed a deliberate indifference Twards my medical needs. I repeatly asked for some Medical Attention and recieved None. He Keps saying "chill out" we will get To you later.
— See witnesses — Sally Port Video + Audio

2.) I passed out in the Back of the Transfer Bus and the other inmates tried to get C/O Vansaghi to help me out to No Avail. C/O Vansaghi Saw me laying on the floor Board's unconsious and Did NOT help me But Shut the Door's. Showed deliberate indifference
— See witnesses —

3.) C/O Vansaghi Finally got me To Sit up. ordered me off the Transfer Bus. I Tried to get off the Best I could But passed out again and fell out the Back of the Transfer Bus whyle Still in Shackles. Showed Deliberate indifference
— See Sally Port Audio + Video —
+ Witness —

5.) C/O Travers showed a deliberate indifference to my medical needs when I asked her for medical attention. C/O Travers stated "we don't have doctors here" I asked to see a Nurse C/O Travers stated "We don't have those here. C/O Travers accused me of lying. Showed Deliberate indifference Denied Medical Treatment
— See Witness — + Audio + Video

6.) I passed out in the transfer cell after repeatedly asking for help. I woke up shaking cold in a pool of my own blood. No one helped me. No Medical Treatment
— See Witnesses —

7.) All the 2nd shift Booking officers just walked right by me laying face down on the ground and refused to help me. Denying me Medical Treatment.
Booking Video + Audio + Witness Statements

8.) 6-3-22 I finally got to see a doctor after I put several sick call slips in complaining of Major back pain and Blurry vision. Doctor Gorsi stated she won't do anything for my eye. That IF I was not in Jail she would give me a Cat Scan. She said she would put me on muscle relaxors if I was in the "world" She Denied Me Medical Treatment

9.) I have wrote several grievances Because Dr. Gorsi Keeps refusing me medical treatment.

10.) Dr. Gorsi has shown a deliberate indifference towards my medical needs.

11.) Dr. Gorsi has Denied me Medical Treatment Several Times.

6

I am currently Being housed at Peoria County Jail. I will Be going to I.D.O.C within The Next 30-60 Day's so my address will change.

My F.D.O.C. # is R53785

Enclosed are some witness statements. and one of my many Grievances

June-1st-2022

Around 9:00 pm on May 30th I heard Detainee Howell Ask The Booking officer To See a Nurse. Officer Travers Said "We Don't have Those here. Detainee howell Then Said "I Don't feel good my heart is raceing and I feel like I am about to Pass out"
C.O. Travers Said "you are Fakeing" "you have Been Jumping around all Day" Inmate howell Then asked for a Doctor. C.O. Travers Stated "We Don't have Those here." Detainee Howell Stated "you Can't Treat people like This." About 10 minutus Went By I heard a Thud looked over at Howell's Transfer cell and Saw him lying face down on The floor. He appeared to Be Shaking. I heard a different inmate Saying I Think That Guy Need's help. None of The Booking officers did any Thing. They Did Thier Count, walked right By howell laying Face Down on The ground. The 3rd Shift officers are The ones that helped Howell out.

Nicholas Phillips

*(signed)*

Michael Hains
# 201069

(Grievance #2) Log 4

First one was handed in May 31ˢᵗ
- May 30ᵗʰ Arrived at T.C.J.C. around 1:00 from Peoria County Jail

- There was one female Detainee and 3 other Male Detainees on the Transfer Bus.

- Once we arrived at T.C.J.C. Officer Vansaghi sent off the Transfer Bus.

- After an unknown amount of Time I started to feel Dizzy and my Chest started to hurt. I repeatedly complained and asked for a Nurse/Doctor. C/O Vansaghi Told me to "Chill Out" we will get to you when we can. The next thing I remember was Waking up on the floor of the Transfer Bus. The other Detainees where Trying to get the C/O's attention to no Avail.

C/O Vansaghi Found me on the floor and woke me up. He Told me to get off the Bus. As I Tried to get off the Bus I was not helped and fell face first out of the Bus in Hand Cuffs. I slammed my head and body off the Concrete ground.

(View Sally Port video + Audio)

- I remember Being in a ??? and nurses ???

- I spent around 9 hrs in a Transfer cell without seeing a Doctor or a Nurse.

Around 9:00 pm or 9:30 pm I started feeling like I was gonna pass out again. My chest felt like I was gonna have a heart attack. I told The Booking officer C/O Travers and whoever else was working Booking 2nd Shift I needed to see a Nurse and C/O Travers said "We Don't have those here." I said I need to see a Doctor then "My chest hurts" C/o Travers said "We do not have those here" I said "You can't Treat ppl like this" C/O Travers said you are Fakeing and accused me of lying. A few minutes passed and I woke up in a pool of Blood on The floor I was Shakeing and Think I had a Sitzure I was coughing up Blood. My head was pounding and I was Tottaly out of it. I remember Seeing The Booking officers feet as They walked pass me laying on The ground. Other Detainees were Trying to Tell the Booking officers I needed help but They ignored all attempts.

See Booking Audio + Video
For The Day I arove here.

- On 6-3-22 I finally saw medical after repeatedly complaints of my spine hurting and my vision being blury after the repeated blows and times of lost conciousness.

- The Doctor Said "If you were in the world I would give you a Cat Scan But since you are locked up I won't do anything.

- The Doctor did not even touch or look at my Spine. She said if you were not locked up she would give me muscle relaxors But Since I am a inmate all She will Do is I.B. prophen.

See Medical Audio + video Plus The other Detainees That were in medical wrote statements of what they heard. C/o Slayvin also heard The Doctor Say all That.

1) Need Audio + video of Sally port.

2) I have Some witness Statements

1.) Deliberate indifference

I repeatedly asked C/O Vansaghai for help and recieved none.

2.) All the 2nd Shift Booking officers showed Deliberate indifference when I asked for Medical help and was denied. After they were all notified I already lost conscioness twice and fell out the transfer Bus.

(2.A.) Really 3rd Shift Did nothing But call command. (Should have) (Took me to a Hospital)

3.) The Booking officers Showed a Deliberate indifference when they walked Pass me laying face down on the Ground in my Blood repeadly.

4.) after Day's I Saw a Doctor who Knew about all I had Suffered and I told her how much pain my Spine was in and how my vision in my right eye is Blury. The Doctor Showed Deliberate indifference when She Said what She Said and Denied me Treatment.

1. Violated my right to adequate Medical Care

## RELIEF REQUESTED

(State what relief you want from the court.)

Compensatory Damages        $250,000
Punitive Damages            $175,000

Any Future Medical Bill's paid

C/O Vansaghi and C/O Travers Be reprimanded.
Dr. Gorsi Be Fired for Medical Malpractice

JURY DEMAND    Yes ☒    No ☐

Signed this _____ day of _____, 20____.

There is NO Notary
available at
Peoria Co. Jail

Michael Howell
(Signature of Plaintiff)

| Name of Plaintiff: Michael Howell | Inmate Identification Number: 201069 |
|---|---|
| Address: 101 South Capitol St. Pekin Ill, 61554 | Telephone Number: |

8

Michael Howard
Peoria Co. Jail
301 N. Maxwell RD.
Peoria IL, 61604

United States District Court
Peoria Division
100 N.E. Monroe ST
Room 309
Peoria IL, 61602

Legal Mail

